| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>S.A.S. JEAN CASSEGRAIN and<br>LONGCHAMP USA, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>FASHION EXPRESS, INC.,<br>J C PENNEY CORPORATION, INC., and<br>ANCHOR BLUE RETAIL GROUP, INC.,<br><br>*Defendants.* | Civil Action No. |



**PLAINTIFF'S STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Federal Rule Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for **Plaintiffs S.A.S. JEAN CASSEGRAIN and LONGCHAMP USA, INC.** (non-governmental entities) certify that the following are corporate parents, subsidiaries or affiliates of that party, which are publicly held.

**NONE**

Dated: August 18, 2008
New York, New York

GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Plaintiff
270 Madison Avenue
New York, New York 10016
(212) 684-3900

By_____
George Gottlieb (GG 5761)
Barry A. Cooper (BC 9298)
Jeffrey M. Kaden (JK 6636)
Barry R. Lewin (BL 0463)