AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

S.A.S. JEAN CASSEGRAIN and
LONGCHAMP USA, INC.,

        Plaintiff,

V.

FASHION EXPRESS, INC.,
JC PENNEY CORPORATION, INC., and
ANCHOR BLUE RETAIL GROUP, INC.,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 7311

JUDGE JONES

TO: (Name and address of Defendant)

    JC PENNEY CORPORATION, INC.
    6501 LEGACY DRIVE
    PLANO, TX 75024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Barry Cooper
    Jeffrey M. Kaden
    Barry R. Lewin
    GOTTLIEB, RACKMAN, REISMAN, P.C.
    270 Madison Avenue, 8th Fl.
    New York, NY 10016
    (212) 684-3900

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 18 2008

CLERK                                                      DATE

_Catherine Lapsley_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 25, 2008 @ 10:20 A.M. |
| NAME OF SERVER (PRINT) Darla Gray | TITLE Process Server SCH-2010 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): JC Penny Corporation, Inc. by delivering to Angie Jenson, SR. Legal Analyst at 6501 Legacy Drive, Plano, TX 75024

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-25-08
            Date          Signature of Server

3404 Corona, Garland, TX 75044
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.